Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
*Attorneys for Defendants*
*Kathryn Stryker Wirth, and Jolley Urga*
  *Woodbury & Little aka Jolley Urga Woodbury*
  *& Standish aka Jolley Urga Wirth & Woodbury*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY MOFFATT JONES;<br><br>Plaintiff,<br><br>v.<br><br>KATHRYN STRYKER WIRTH, and JOLLEY URGA WOODBURY & LITTLE aka JOLLEY URGA WOODBURY & STANDISH aka JOLLEY URGA WIRTH & WOODBURY,<br><br>Defendants. | CASE NO.:  2:16-cv-00243-MMD-GWF<br><br>**STIPULATION AND [proposed] ORDER TO WITHDRAW MOTION TO DISMISS, TO PERMIT DEFENDANTS TO FILE A RENEWED MOTION TO DISMISS, AND TO APPLY DEFENDANTS' PENDING MOTION TO STAY DISCOVERY TO THE RENEWED MOTION TO DISMISS** |

Plaintiff, Kimberly Moffatt Jones ("Plaintiff"), and Defendants, Kathryn Stryker Wirth and Jolley Urga Woodbury & Little aka Jolley Urga Wirth & Woodbury ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. On June 7, 2016, Defendants filed a motion to dismiss Plaintiff's complaint [ECF No. 21].

2. Plaintiff filed her opposition to the motion to dismiss on June 30, 2016 [ECF No. 24].

3. On July 14, 2016, the Supreme Court of Nevada issued an Order of Affirmance in the appeal of the underlying case.

4. On July 20, 2016, Defendants filed a reply in support of their motion to dismiss [ECF No. 28] in which Defendants made arguments based on the Order of Affirmance.

1049194v.1

5. On August 30, 2016, Plaintiff filed a motion for leave to file supplemental opposition to defendants' motion to dismiss [ECF No. 33], and the parties subsequently submitted a stipulation and proposed order to allow supplemental briefing on Defendants' motion to dismiss [ECF No. 38].

6. On September 12, 2016, this Court denied the parties' stipulation to allow supplemental briefing on the motion to dismiss, and denied Plaintiff's motion for leave to file supplemental brief, and indicated that

> [t]o the extent the parties agree that events that transpired after Plaintiff filed her response to the motion to dismiss are relevant to the Court's consideration of the motion to dismiss, the Court will consider a stipulation to permit defendants to withdraw their motion to dismiss and file a renewed motion to dismiss to avoid multiple briefs and a piecemeal approach that would otherwise burden the Court and the Parties.  [ECF No. 41]

7. Through this stipulation, the parties agree that the Nevada Supreme Court's Order of Affirmance is relevant to the Court's determination of Defendants' motion to dismiss.  Accordingly,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1049194v.1

1  the parties stipulate and agree to permit Defendants to withdraw their motion to dismiss [ECF No.
2  38] and file a renewed motion to dismiss.

3  DATED this 20th day of September, 2016

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

 */s/ Chad C. Butterfield*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
Attorneys for Defendants
*Kathryn Stryker Wirth, and Jolley Urga
Woodbury & Little aka Jolley Urga Woodbury
& Standish aka Jolley Urga Wirth &
Woodbury*

DATED this 20th day of September, 2016

**MAIER GUTIERREZ AYON**

 */s/ Luis A. Ayon*
Luis A. Ayon
400 South Seventh Street, Suite 400
Las Vegas, NV  89101
Attorneys for Plaintiff
 *Kimberly Moffatt Jones*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED**

Dated this  20th  day of September, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Page 3 of 3

1049194v.1