1
2
3
4                          **UNITED STATES DISTRICT COURT**
5                              **DISTRICT OF NEVADA**
6
7   KIMBERLY MOFFATT JONES,                )
8                    Plaintiffs,           )        Case No. 2:16-cv-00243-MMD-GWF
9   vs.                                    )        **ORDER**
10  KATHRYN STRYKER WIRTH, *et al.*,        )
11                                         )
12                   Defendants.           )
    _____)
13          This matter is before the Court on the parties' Stipulation and Order to Continue Deadline to
14  Submit the Joint Interim Status Report (ECF No. 63), filed on January 9, 2017.  Upon review and
15  consideration, and with good cause appearing therefor,
16          **IT IS HEREBY ORDERED** that the parties' Stipulation and Order to Continue Deadline to
17  Submit the Joint Interim Status Report (ECF No. 63) is **granted**.  The parties are required to file a
18  joint interim status report **thirty (30) days** after the court issues a decision on Defendants' Renewed
19  Motion to Dismiss (ECF No. 46).
20          DATED this 10th day of January, 2017.
21
22                                          _____
23                                          GEORGE FOLEY, JR.
                                            United States Magistrate Judge
24
25
26
27
28