# UNITED STATES DISTRICT COURT

**** DISTRICT OF     NEVADA

KIMBERLY MOFFATT JONES,

    Plaintiff,

v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **2:16-cv-00243-MMD-GWF**

KATHRYN STRYKER WIRTH, et al.,

    Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Renewed Motion to Dismiss Under FRCP 12(b)(6) (ECF No. 46) is granted. Plaintiff's Complaint is dismissed with prejudice.

June 6, 2017                                                      **DEBRA K. KEMPI**
                                                                        Clerk

                                                                        /s/ K. Rusin
                                                                        Deputy Clerk